

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2025

No. 04-24-00780-CR

Detrick **DEROVEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 1996CR3437A
The Honorable Kristina Escalona, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on February 12, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk